UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Regina Lewis
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

A. Ferguson, K. Spivey, J. Childress
Lloyd Epskin, Metropolitan
Detention Center all in their
individual capacity
_____

**14 CV 0683**

Individual Capacity
**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Regina Lewis
ID # _____
Current Institution  MDC
Address  PO Box 329002
Brooklyn, NY 11232

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  A. Ferguson
Where Currently Employed  MDC                          Shield # _____
Address  PO Box 329002
Brooklyn, NY 11232

Rev. 05/2010

1

Defendant No. 2   Name K. Spivey _____ Shield # ____
                  Where Currently Employed MDC
                  Address PO Box 329002
                          Brooklyn, NY 11232.

Defendant No. 3   Name J. Childress _____ Shield # ____
                  Where Currently Employed MDC
                  Address PO Box 329002
                          Brooklyn, NY 11232

Defendant No. 4   Name Metropolitan Detention Center Shield # ____
                  Where Currently Employed MDC
                  Address PO Box 329002
                          Brooklyn, NY 11232

Defendant No. 5   Name _____ Shield # ____
                  Where Currently Employed
                  Address

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   Metropolitan Detention Center

B. Where in the institution did the events giving rise to your claim(s) occur?
   Living area

C. What date and approximate time did the events giving rise to your claim(s) occur?
   1-3-14 — 1-4-14

D. Facts: [What happened to you?] According to Sentry release information a clearance and relinquished custody order was issued by the court on 8-14-12 to a non-bureau facility (Westchester Co. Hospital). The information also stipulated, low-level custody, non-violent, non psych alert, no detainers or notifications. This order was violated by unit team and Warden/Captain. [Who did what?] At this time I have maxed out any proposed sentencing guideline and the time to hold me or to prosecute me has expired. I am not sentenced or committed so I should not have been transferred to a federal prison nor can I be absent my consent. See 18 USC 4083 [Was anyone else involved?] and 18 USC 4001 and BOP policy 549.40, 18 USC Chapter 313 and 18 USC 4042(b) 28 CFR part 500. I am being ambushed with incident reports by the unit team rather than assisted with release. I do not meet the criteria for involuntary hospitalization [Who else saw what happened?] nor transfer to BOP custody.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. emotional distress, physical abuse, physical deterioration, denied prescribed treatment for high blood pressure, anemia, asthma. I am at high risk for sudden heart attack, my vision is blurred vision. I fear for my life.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Metropolitan Detention Center_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _X_ No ___ Do Not Know ___

If YES, which claim(s)? _Supplies, Legal Call, unlawful imprisonment_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _It was rejected_

1. Which claim(s) in this complaint did you grieve? _tissue, phone call_

2. What was the result, if any? _I was written up and sent to suicide watch and denied a phone call_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Sent BP to FBOP Director, Regional Warden_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _No response or returned un unanswered_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _At this point they are violating clearly established law so they have no immunity and I am suing them in their individual capacity._

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _My release and $10,000,000.00 (ten million Dollars) from each defendant named in their individual capacity_

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes X    No X

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Regina Lewis__

Defendants __Eric Weiss__

2. Court (if federal court, name the district; if state court, name the county) __U.S.D.N.Y.__

3. Docket or Index number __12 CIV 7242__

4. Name of Judge assigned to your case __?__

5. Approximate date of filing lawsuit __2012__

6. Is the case still pending? Yes __✓__ No ____

   If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Eric Weiss was served on Dec. 5, 2013 and I filed a default judgment on 1-12-2014 tort claim response due by 3-14-14__

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes __X__ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Regina Lewis__

Defendants __FBOP, mpc__

2. Court (if federal court, name the district; if state court, name the county) __USDNY - Tort Claim__

3. Docket or Index number __12 CIV 7242__

4. Name of Judge assigned to your case ____

5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes __✗__ No ____

   If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January, 2014.

Signature of Plaintiff  Regina Lewis

Inmate Number  67206-054

Institution Address  MDC
PO Box 329002
Brooklyn NY 11232

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 23 day of January, 2014 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Regina Lewis